# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| OFFICER MCFADDEN, et al., | : | NO. 14-5480 |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 18th day of April, 2017, upon consideration of the City of Philadelphia's unopposed motion to dismiss the plaintiff's amended complaint (Doc. No. 38), **IT IS HEREBY ORDERED** that:

1. The City's motion to dismiss (Doc. No. 38) is **GRANTED**.

2. The claims against the City in plaintiff's amended complaint are **DISMISSED**.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.